IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN BRIECKE,
    Plaintiff,

vs.                                        Case No. 3:06cv324/MCR/MD

JAMES R. MCDONOUGH, et al.,
    Defendants.

## O R D E R

This cause is before the court upon plaintiff's civil rights complaint (doc. 1) filed pursuant to 42 U.S.C. § 1983, and motion to proceed *in forma pauperis* (doc. 2).

Plaintiff did not file his complaint on the required Northern District form. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration a complaint under section 1983 unless the appropriate complaint form is completed. Thus, plaintiff must file his complaint on the form for use in section 1983 cases, even if he wants to attach separate pages explaining the facts that underlie the complaint. However, plaintiff should not file a memorandum of law or otherwise provide citations to statutes and cases, and he should not file exhibits as evidentiary support for his complaint.[1] The court will notify plaintiff when memoranda and exhibits are necessary, such as prior to trial or in conjunction with a motion for summary judgment.

Additionally, plaintiff's *in forma pauperis* application is incomplete. A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit and **a prisoner consent form** and financial certificate with attachments (a printout of the transactions in plaintiff's inmate trust account for the past six months). Plaintiff's

---

[1] As instructed on the complaint form, however, plaintiff should attach all copies of grievances as are necessary to demonstrate that he has exhausted his available administrative remedies.

application does not include a prisoner consent form.

Accordingly, it is ORDERED:

1. The clerk is directed to send plaintiff a §1983 complaint form, along with the twenty-nine (29) pages of exhibits attached to his original complaint. In addition, the clerk shall forward to plaintiff a current prisoner consent form. This case number should be written on all forms.

2. Plaintiff shall file an amended complaint using the court form. To amend his complaint, plaintiff should completely fill out a new civil rights complaint form, marking it **"Amended Complaint."** Plaintiff is advised that the amended complaint must contain **all** of his allegations, and it should not in any way refer to the original complaint. Matters not set forth in the amended complaint are deemed to have been abandoned. N.D. Fla. Loc. R. 15.1. In addition, plaintiff should take special care in filling out the section of the complaint form concerning previous lawsuits. This section requires plaintiff to disclose all prior civil cases filed in any federal court, regardless of the state in which that court was located.

3. Plaintiff shall sign and return the prisoner consent form. Because plaintiff has already submitted a printout of the transactions in his inmate account, he need not re-submit a printout or financial certificate.

4. Plaintiff shall comply with the foregoing within **thirty (30) days** from the date of this order. Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 11th day of August, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:06cv324/MCR/MD*